UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN CATARIUS )<br>    Plaintiff, )<br>)<br>V. )<br>)<br>)<br>CROWLEY MARITIME CORPORATION, )<br>    Defendant. ) | COMPLAINT<br>CIVIL ACTION NO.: |

## THE PARTIES

1. The Plaintiff, Stephen Catarius. is an individual with a primary residence of 10 Shawme Road, Sandwich, Massachusetts 02563.

2. The Defendant, Crowley Maritime Corporation ("Crowley") is a corporation with a principal place of business located at 9487 Regency Square Boulevard, Jacksonville, Florida 32225.

## GENERAL FACTUAL INFORMATION

3. Plaintiff, Stephen Catarius, was employed by Defendant, Crowley Maritime Corporation from 2007 until March 13, 2023. At the time of the incident, Mr. Catarius was employed as a captain.

4. On or about September 28, 2020, Mr. Catarius was issued a letter of warning with regard to his performance review in 2019. In this letter, the Defendant falsely accused Mr. Catarius of endangering the lives of the passengers onboard the vessel.

5. The letter of warning received by Mr. Catarius caused him to suffer mental anguish and depression.

6. Mr. Catarius took a leave of absence from July 15, 2021 until March 15, 2023 to deal with his mental health related issues.

7. While Mr. Catarius was battling with mental health issues, the Defendant attempted to force him to return to work.

8. Mr. Catarius was unable to return to work due to his mental distress and was then terminated by the Defendant.

9. On June 3, 2025, Mr. Catarius received a right to sue letter from the U.S. Equal Employment Opportunity Commission.

## COUNT I
## WRONGFUL TERMINATION

10. Paragraphs 1-10 are incorporated by reference.

11. The Defendant has, by their actions and omissions, failed to abide by the terms of employment between the Plaintiff and the Defendant.

12. As a direct and proximate result of the Defendant's actions and omissions, the Plaintiff has been wrongfully terminated and therefore has negatively and substantially impacted the Plaintiff's ability to continue his career.

## COUNT II
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

13. Paragraphs 1-12 are incorporated by reference.

14. The Defendant engaged in egregious conduct.

15. The Defendant's conduct was intended to inflict harm on the Plaintiff.

16. As a result of the Defendant's conduct, the Plaintiff has suffered severe emotional distress.

17. At all times material, the Defendant acted in bad faith, with malicious purpose, and in a manner exhibiting wanton and reckless disregard of Plaintiff's human rights.

<u>REQUEST FOR RELIEF</u>

1. That this court enter judgment in favor of the Plaintiff, Stephen Catarius against the Defendant, Crowley Maritime Corporation on all counts.

2. For such other and further relief as this court deems appropriate.

**PLAINTIFF DEMANDS TRIAL BY JURY ON ALL COUNTS**

Respectfully submitted,
For the Plaintiff,
Stephen Catarius,
By his attorney

<u>/s/ Brian Keane</u>
Brian Keane, BBO #656717
Keane Law Group, P.C.
110 K Street, Suite 330
Boston, MA 02127
(617) 313-2900
bkeane@keanelawgroup.com